UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIBISAY SANCHEZ, et al., <br><br> Defendants. | Case No. 24-cv-06108-EKL <br><br> **ORDER TO SHOW CAUSE RE FAILURE TO SERVE** |

On August 28, 2024, Plaintiff filed the complaint in this case. *See* ECF No. 1. Under Federal Rule of Civil Procedure 4(m), Plaintiff had 90 days from the date the complaint was filed to serve the Defendant. That period expired on November 26, 2024. As of the date of this Order, Plaintiff has failed to file proof of service for Defendants Tibisay Sanchez, Carlos Andres Garcia, and Gs-LLC. Plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than December 11, 2024, why its claims should not be dismissed without prejudice for lack of timely service and failure to prosecute. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: December 2, 2024

_____
Eumi K. Lee
United States District Judge